IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GREGORY HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-177 |
| | ) | |
| JARED T. WILLIAMS; JOHN TARPLEY, | ) | |
| Investigator; KEAGAN WAYSTACK, | ) | |
| Assistant District Attorney; and SHERIFF | ) | |
| EUGENE BRANTLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, a pretrial detainee at the Charles B. Webster Detention Center in Augusta, Georgia, commenced this case by submitting a standard 42 U.S.C. § 1983 complaint form. The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case.[1] (Doc. nos. 9, 11; see also doc. nos. 10, 12.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case

---

[1] Additionally, in his second-filed notice of voluntary dismissal, Plaintiff asks the Clerk of Court to mail him a blank federal habeas petition form so that he may amend his federal habeas corpus petition. (Doc. no. 11.)  However, Plaintiff must file all his habeas corpus-related filings in case CV 124-213, the case number for Plaintiff's separate § 2241 habeas corpus case previously opened by this Court.  (See doc. no. 6); see also Humphrey v. Roundtree, CV 124-213 (S.D. Ga. Oct. 24, 2024).  Thus, should Plaintiff wish to amend his § 2241 habeas corpus petition, he must file a proper motion in CV 124-213 for the Court's consideration.  See In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) ("[I]f a litigant seeks judicial action of any sort . . . it must be contained within a motion arising from a properly filed lawsuit.").

without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 19th day of December, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA